No. 88–1114. LEBMAN ET AL. *v.* AKTIEBOLAGET ELECTROLUX ET AL. C. A. 5th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 88–5977. WRENN *v.* THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. 2d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [488 U. S. 1039] denied.

No. 88–6597. IN RE MCKNIGHT. Petition for writ of habeas corpus denied.

No. 88–1246. IN RE BEACHBOARD; and
No. 88–6390. IN RE STRABLE. Petitions for writs of mandamus denied.

No. 88–42. HALLSTROM ET UX. *v.* TILLAMOOK COUNTY. C. A. 9th Cir. Certiorari granted.

No. 88–1203. HOFFMANN-LA ROCHE INC. *v.* SPERLING ET AL. C. A. 3d Cir. Certiorari granted.

No. 88–1213. EMPLOYMENT DIVISION, DEPARTMENT OF HUMAN RESOURCES OF OREGON, ET AL. *v.* SMITH ET AL. Sup. Ct. Ore. Certiorari granted.

No. 88–276. GRIFFIN *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 88–927. KEYSTONE SHIPPING CO. *v.* NEW ENGLAND ENERGY, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 88–988. TOWNLEY MANUFACTURING CO., INC. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 88–1029. YONKERS RACING CORP. *v.* CITY OF YONKERS ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–1034. DERRYBERRY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.